**STATE of Missouri, Respondent,**

v.

**Otha LIGGINS, Appellant,**

**Otha LIGGINS, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 61752.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 31, 1994.

John A. Klosterman, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Becky Owenson Kilpatrick, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

*ORDER*

PER CURIAM.

Defendant appeals from the judgment on his conviction by a jury of trafficking drugs in the second degree in violation of § 195.223 RSMo (Supp.1992). Defendant was sentenced as a prior, persistent and class X offender to 30 years imprisonment. Defendant also appeals from the court's dismissal of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rules 84.16(b) and 30.-25(b).